SCWC-12-0000670

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

DAVID H. KAAWA, IV, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000670; CR. NO. 11-1-277K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

        Petitioner/Defendant-Appellant David H. Kaawa, IV's
application for writ of certiorari filed on June 30, 2014, is
hereby rejected.

        DATED: Honolulu, Hawaiʻi, August 12, 2014.

Richard D. Gronna
for petitioner

Mitchell D. Roth
and Jason R. Kwiat
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

